

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA

# PRO MEMO

11/20/2018 01:30 PM

COURTROOM 300 North Hogan Street

HONORABLE JERRY FUNK

| CASE NUMBER: | | FILING DATE: |
|---|---|---|
| 3:18-bk-02958-JAF | 13 | 08/25/2018 |

**Chapter 13**

**DEBTOR:** Sharon Xayarath

**DEBTOR ATTY:** Keith Collier

**TRUSTEE:** Douglas Neway

**HEARING:**

Confirmation Hearing

**APPEARANCES:**:

**WITNESSES:**

**EVIDENCE:**

**RULING:**
Confirmation Hearing

 CONFIRMED ORD/TRUSTEE
Proposed Orders, if applicable, should be submitted within three days after the date of the hearing - Local Rule 9072-1(c). Orders not submitted by the time of closing will result in motions/objections/applications being denied as moot. This docket entry/document is not an official order of the Court.